Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

## ORDER

PER CURIAM.

Director of Revenue appeals the trial court's order denying her Motion for Relief from Judgment. We affirm. We find the trial court's decision is supported by substantial evidence and is not against the weight of the evidence. Rule 84.16(b)(1). We further find no error of law appears. Rule 84.-16(b)(5).

An opinion in this case would have no precedential value. Therefore, we affirm by written order. A memorandum has been issued to the parties for their use only.

## *ORDER*

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo.App. 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

∎

In re MARRIAGE OF Pamela L. SCADUTO and Andrew J. Scaduto.

Pamela L. SCADUTO,
Petitioner/Respondent,

v.

Andrew J. SCADUTO,
Respondent/Appellant.

No. 64125.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 7, 1994.

∎

Andrew R. SCHAEFER,
Petitioner/Respondent,

v.

Patricia J. SCHAEFER,
Respondent/Appellant.

No. 64089.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 7, 1994.

Daniel P. Card, II, Paule, Camazine & Blumenthal, P.C., Clayton, for appellant.

Michael B. Stern, Stern, Frapolli, & Steiger, St. Louis, Dudley C. Dunlop, Clayton, for respondent.

Mary Ann Weems, Clayton, for appellant.

Susan M. Hais, James Carmody, St. Louis, for respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.